

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 29 P 12: 38

G. WHYTE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ODLAN HOLDINGS, L.L.C.                          CIVIL ACTION

VERSUS                                          NO.  00-0352

THE CITY OF NEW ORLEANS                         SECTION "B" ( 4 )

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER REALLOTTING CASE

The undersigned, taking cognizance of 28 U.S.C. § 455 and Canon 3-C(1) of the Code

of Judicial Conduct, and considering his wife's appointment as a classified employee with the

City of New Orleans, and that he should thus disqualify himself from acting herein,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this

Court, other than Section "B."

New Orleans, Louisiana, this _29th_ day of _February_____, 2000.

_____
**IVAN L.R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**

FEB 2 9 2000

**REALLOTTED TO:**

**SECT. J**

DATE OF ENTRY FEB 2 9 2000

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc.No._____