UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -7  P 4: 18

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| ODLAN HOLDING, L. L.C. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | |
| | * | NO. 00-0352 |
| | * | |
| | * | |
| THE CITY OF NEW ORLEANS | * | SECTION B-MAG. 4 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** through undersigned counsel, comes the City of New Orleans and on suggesting to the Court that it has been served with the Complaint in this matter and that no previous extension of time has been granted and no opposing party has entered into the record an objection to an extension of time, the City now moves the Court for an extension of time of twenty (20) days within which to file responsive pleadings.

Respectfully submitted,

_____
EDWARD R. WASHINGTON, III, # 21135
ASSISTANT CITY ATTORNEY
1300 Perdido Street
City Hall - Room 5E03
New Orleans, Louisiana
(504) 565-6200

EVELYN F. PUGH, # 10880
CHIEF DEPUTY CITY ATTORNEY

MAVIS S. EARLY, #1343
CITY ATTORNEY

DATE OF ENTRY

APR 1 1 2000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ODLAN HOLDING, L. L.C. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0352 |
| THE CITY OF NEW ORLEANS | * | SECTION B-MAG. 4 |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion:

**IT IS HEREBY ORDERED** by this Honorable Court that defendant's time to file responsive pleadings in the above action is extended for an additional twenty (20) days.

New Orleans, Louisiana, this _10th_ day of _April_, 2000.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has this date, been forwarded to all opposing parties by depositing a copy of same in the United States mail, Postage prepaid, this ____ day of April, 2000.

_____
Assistant City Attorney

G:\LWINHSE\ZONING\ODLAN-FED\PLEADINGS\EXTEN1.WPD