

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 22 P 2: 54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ODLAN HOLDINGS, L.L.C.** | * | **CIVIL ACTION NO. 00-0352** |
| | * | |
| **VERSUS** | * | **SECTION "J"** |
| | * | |
| **CITY OF NEW ORLEANS** | * | **MAGISTRATE 4** |

## MOTION TO ENROLL

NOW INTO COURT, through undersigned counsel, comes Odlan Holdings, Inc. Odlan respectfully suggests that it wishes to enroll Charlton B. Ogden, III and Michael W. Hill, of the law firm of Taggart, Morton, Ogden, Staub, Rougelot & O'Brien as additional counsel of record in this matter, and to have all pleadings and motions in this matter served on Mr. Ogden and Mr. Hill, as well as on original counsel of record, Michael Eckstein and David Raphael.

WHEREFORE, Odlan Holdings, Inc. respectfully moves this Court to enroll Charlton B. Ogden and Michael W. Hill of the law firm of Taggart, Morton, Ogden, Staub, Rougelot & O'Brien as additional counsel of record in this matter, and to have all pleadings and motions in this matter served on Mr. Ogden and Mr. Hill, as well as on original counsel of record, Michael Eckstein and David Raphael.

DATE OF ENTRY
MAY 2 4 2000

____Fee_____
____Process____
_X_ Dktd___
____CtRmDep____
Doc.No._____

Respectfully submitted,

TAGGART, MORTON, OGDEN, STAUB
ROUGELOT & O'BRIEN

_Michael W. Hill_

CHARLTON B. OGDEN, III (#10169)
MICHAEL W. HILL (#25415)
2100 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163

ATTORNEYS FOR ODLAN HOLDINGS, INC.

<u>CERTIFICATE</u>

Undersigned counsel does hereby certify that he has served a copy of the foregoing pleading on opposing counsel this 22nd day of May, 2000, by placing same in the United States mail, postage prepaid and properly addressed.

_Michael W. Hill_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ODLAN HOLDINGS, L.L.C. | * | CIVIL ACTION NO. 00-0352 |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| CITY OF NEW ORLEANS | * | MAGISTRATE 4 |

## ORDER

CONSIDERING THE FOREGOING MOTION,

IT IS HEREBY ORDERED that Charlton B. Ogden, III and Michael W. Hill, of the law firm of Taggart, Morton, Ogden, Staub, Rougelot & O'Brien be enrolled as additional counsel of record in this matter, and that all pleadings and motions filed in this matter be served on Mr. Ogden and Mr. Hill, as well as on original counsel of record in this case.

New Orleans, Louisiana this _____ day of May, 2000.