

MINUTE ENTRY
JUDGE BARBIER
OCTOBER 24, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ODLAN HOLDINGS LLC | CIVIL ACTION |
| VERSUS | NUMBER: 00-352 |
| THE CITY OF NEW ORLEANS | SECTION: J |

    The defendant having filed a motion to dismiss this date,

    IT IS ORDERED that the call docket set in this matter for October 25, 2000 is hereby CANCELLED.

DATE OF ENTRY
OCT 2 6 2000