

```
              FILED
        U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

        2000 NOV 16  PM 4:20
             NOV 16 2000
           LORETTA G. WHYTE
                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ODLAN HOLDINGS, L.L.C. | * | CIVIL ACTION NO. 00-0352 |
| VERSUS | * | SECTION "J" |
| CITY OF NEW ORLEANS | * | MAGISTRATE 4 |

## UNOPPOSED MOTION TO CONTINUE AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

**NOW INTO COURT**, through undersigned counsel, comes Odlan Holdings, Inc. Odlan respectfully moves this Court to continue the December 6, 2000 hearing set on the City of New Orleans' *Motion to Dismiss*, for the following reasons and in the following respects, to-wit:

I.

Odlan Holdings has brought this civil rights action against the City of New Orleans for damages sustained by Odlan through the City's denial to it of a Map Change of property located at 2800 St. Charles Avenue.

```
DATE OF ENTRY
NOV 2 0 2000
```

II.

The City previously brought a *Motion to Dismiss* in this matter on the premise that Odlan's failure to exhaust all

available state court remedies rendered its claims unripe. This Court granted that motion in part and dismissed all but the procedural due process claim raised in Odlan's *Complaint*.

### III.

The City of New Orleans has now brought a second *Motion to Dismiss* and requested that the Court dismiss the procedural due process claim. Subsequent to the filing of this second *Motion*, Odlan amended its *Complaint* to allege certain of its substantive due process, equal protection and race discrimination claims with greater specificity. The City Attorney's office has informed undersigned counsel that it will file additional pleadings with respect to the amendment.

### IV.

This Court has set a hearing on the City's *Motion to Dismiss* for December 6, 2000. Unfortunately, undersigned counsel--who would be the counsel briefing and arguing the opposition to the City's *Motion*--has a conflicting hearing on that date in Monroe, Louisiana. Furthermore, since any briefs would be due eight days in advance of the hearing date, the opposition to the *Motion* would be due November 28, 2000. As counsel will be out of town the entire week preceding the 28th, facing this briefing deadline will impose substantial hardship on counsel. While undersigned counsel does not wish to delay this matter unduly, and he gives great deference to the setting

2

of motions before Your Honor, counsel's conflicts arise from arrangements made long before the setting of the motion that cannot now be altered. Counsel therefore asks the Court to continue the hearing to the next available motion date it has on its calendar.

V.

Undersigned counsel has spoken with the attorney handling this matter on behalf of the City, Edward Washington, and has been informed that the City has no objection to this continuance.

**WHEREFORE**, Odlan Holdings, L.L.C. respectfully moves this Court to continue the hearing on the City of New Orleans' *Second Motion to Dismiss* until December 20, 2000.

> Respectfully submitted,
>
> **TAGGART, MORTON, OGDEN, STAUB ROUGELOT & O'BRIEN**
>
> *[signature]*
> CHARLTON B. OGDEN, III (#10169)
> MICHAEL W. HILL (#25415)
> 2100 Energy Center
> 1100 Poydras Street
> New Orleans, Louisiana 70163
>
> **ATTORNEYS FOR ODLAN HOLDINGS, INC.**

3

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ODLAN HOLDINGS, L.L.C.** | * | CIVIL ACTION NO. 00-0352 |
| **VERSUS** | * | SECTION "J" |
| **CITY OF NEW ORLEANS** | * | MAGISTRATE 4 |

## ORDER

**CONSIDERING THE FOREGOING MOTION,**

**IT IS HEREBY ORDERED** that the hearing on the City of New Orleans' *Motion to Dismiss*, previously set in this matter on December 6, 2000, is continued until December 20, 2000.

New Orleans, Louisiana this 17th day of November, 2000.

[signature]

5