FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 10 PM 4:41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ODLAN HOLDINGS, L.L.C. | * | CIVIL ACTION NO. 00-0352 |
| VERSUS | * | SECTION "B" J |
| CITY OF NEW ORLEANS | * | MAGISTRATE 4 |

### MEMORANDUM IN OPPOSITION TO MOTION TO STRIKE

**MAY IT PLEASE THE COURT:**

This *Opposition to Motion to Strike* is respectfully submitted on behalf of Odlan Holdings, L.L.C. (hereinafter sometimes referred to as "Odlan")

### ARGUMENT

The City has predicated its *Motion to Strike* solely on the assertion that, because it filed responsive pleadings prior to the filing of Odlan's amendment, Odlan's failure to seek leave before filing the amendment precludes the filing of that pleading. That argument has now become moot as a result of the filing of the *Motion for Leave to File First Supplemental and*

*Amending Complaint* by Odlan Holdings, L.L.C. on December 21, 2000. *See,* Attached Exhibit "A."

Magistrate Roby has set the *Motion for Leave* for hearing at 11:00 A.M. on January 17, 2001. Odlan respectfully submits that this Court should therefore dismiss the *Motion to Strike* as moot. Alternatively, and only to the extent that the Court does not dismiss the motion outright, Odlan suggests that the Court should stay any decision on the *Motion to Strike* until such time as the Magistrate renders her opinion on the *Motion for Leave*. The Court can then consolidate its decision on the motion now before it with any appeal the parties may take from the Magistrate's ruling.

**CONCLUSION**

For the foregoing reasons, Odlan Holdings, L.L.C. respectfully moves this Court to deny the City of New Orleans' second *Motion to Strike*. In the alternatively, and only to the extent that the Court does not dismiss the *Motion*, Odlan asks the Court to stay any decision on the motion until such time as the Magistrate renders her decision on Odlan's *Motion for Leave to File First Supplemental and Amending Complaint*.

2

Respectfully submitted,

**TAGGART, MORTON, OGDEN, STAUB ROUGELOT & O'BRIEN, LLC**


By: _____
Charlton B. Ogden III, Bar No.10169
Michael W. Hill, Bar No. 25415
2100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 599-8500

-and-

**THE ECKSTEIN LAW FIRM**

Michael L. Eckstein, Bar No.5268
David C. Raphael, Jr., Bar No. 22853
1515 Poydras Street, Suite 2195
New Orleans, Louisiana 70112
Telephone: (504) 527-0701

**Attorneys for:
ODLAN HOLDINGS, L.L.C.**


### CERTIFICATE OF SERVICE

Undersigned counsel does hereby certify that he has served a copy of the foregoing pleading on opposing counsel this 10th day of January, 2001, by faxing and/or placing same in the United States mail, postage prepaid and properly addressed.

_____
Michael W. Hill

3

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**