

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 16 AM 10: 58

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BARBIER, J.
JANUARY 12, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ODLAN HOLDINGS, LLC | CIVIL ACTION |
| VERSUS | NO: 00-352 |
| THE CITY OF NEW ORLEANS | SECTION: "J"(4) |

### ORDER OF REFERENCE TO U. S. MAGISTRATE

Before the Court are the following motions:

(1) Defendant's **Motion to Dismiss** pursuant to 12(b)(6)(Rec. Doc. 9); and

(2) Defendant's **Motion to Strike First Supplemental, Amended and Restated Pleading** (Rec. Doc. 17).

Also pending before the Magistrate Judge is plaintiff's **Motion for Leave to File First Supplemental, Amended and Restated Pleading** (Rec. Doc. 16).

DATE OF ENTRY
JAN 1 6 2001

___Fee
___Process
_X_Dktd
___CtRmDep
Doc.No. 20

The arguments raised by defendant in its Motion to Dismiss require the Court to consider documents outside the pleadings. Accordingly, the motion is converted to a Motion for Summary Judgment, and plaintiff is **ORDERED** to file any further opposition and evidence **within ten days of the entry of this order**, at which time the matter will be taken under submission.

**IT IS FURTHER ORDERED** that hearing on defendant's **Motion to Strike First Supplemental, Amended and Restated Pleading** (Rec. Doc. 17) is **CONTINUED** until **January 31, 2001** on briefs;

**IT IS FURTHER ORDERED** that the referral to the Magistrate Judge of plaintiff's **Motion for Leave to File First Supplemental, Amended and Restated Pleading** (Rec. Doc. 16) is **REVOKED**, and the motion is **DENIED** as **MOOT**, in that the pleading has already been filed into the record, and the issues raised in this motion and the opposition thereto will be considered in connection with the Motion to Strike.

\* \* \* \* \* \* \* \* \* \*