FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 26  PM 4: 52

LORETTA G. WHYTE
      CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ODLAN HOLDINGS, L.L.C. | * | CIVIL ACTION NO. 00-0352 |
| VERSUS | * | SECTION "J" |
| CITY OF NEW ORLEANS | * | MAGISTRATE 4 |

### SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO STRIKE

**MAY IT PLEASE THE COURT:**

This *Supplemental Memorandum in Opposition to Motion to Strike* is respectfully submitted on behalf of Odlan Holdings, L.L.C.(hereinafter sometimes referred to as "Odlan")

#### ARGUMENT

This Court recently withdrew the referral of Odlan's *Motion for Leave* from the Magistrate and indicated that it would consider the issues raised in that *Motion* in conjunction with the City's *Motion to Strike*. Odlan has specifically refuted the arguments advanced by the City in support of striking the *First*

___Fee_____
___Process____
_X_Dktd_____
___CtRmDep___
Doc.No. 22

*Supplemental and Amending Complaint* in its *Motion for Leave* to file that pleading. Odlan assumes that the Court, taking up the two motions together, will consider these arguments in opposition to the striking of the pleading.

Out of an abundance of caution, however, Odlan hereby reasserts and reiterates the arguments made in its *Motion for Leave* in opposition to the City's *Motion to Strike*. Odlan has attached a copy of its *Motion for Leave* to this pleading, for the Court's convenience, as Exhibit "A."

## CONCLUSION

For the foregoing reasons, Odlan Holdings, L.L.C. respectfully moves this Court to deny the City of New Orleans' second *Motion to Strike*.

Respectfully submitted,

**TAGGART, MORTON, OGDEN, STAUB
ROUGELOT & O'BRIEN, LLC**

By: *Michael W. Hile*
Charlton B. Ogden III, Bar No.10169
James R. Morton, Bar No. 9755
Michael W. Hill, Bar No. 25415
2100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 599-8500

-and-

**THE ECKSTEIN LAW FIRM**

Michael L. Eckstein, Bar No.5268
David C. Raphael, Jr., Bar No. 22853
1515 Poydras Street, Suite 2195
New Orleans, Louisiana 70112
Telephone: (504) 527-0701

**Attorneys for:
ODLAN HOLDINGS, L.L.C.**

### CERTIFICATE OF SERVICE

Undersigned counsel does hereby certify that he has served a copy of the foregoing pleading on opposing counsel this 26th day of January, 2001, by faxing and/or placing same in the United States mail, postage prepaid and properly addressed.

*Michael W. Hile*
Michael W. Hill

3