```
                                           FILED
                                      U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                      2001 JAN 30  AM 10: 29

                                        LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ODLAN HOLDINGS, L.L.C. | * | CIVIL ACTION NO. 00-0352 |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| CITY OF NEW ORLEANS | * | MAGISTRATE 4 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO SUBSTITUTE AFFIDAVIT
### AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

**NOW INTO COURT**, through undersigned counsel, comes Odlan Holdings, L.L.C. Odlan respectfully suggests that—pursuant to a prior court order--Odlan filed a supplemental brief in this matter opposing the City of New Orleans' converted *Motion for Summary Judgment*. Attached to said brief as Exhibit "A" was an affidavit of James McNamara. Prior to filing the brief, Odlan obtained Mr. McNamara's approval as to each and every portion of the affidavit, yet time constraints prevented Odlan from obtaining Mr. McNamara's signature on the affidavit by Friday. The attached affidavit is identical to the one attached to the brief on Friday with the exception that the affidavit attached

DATE OF ENTRY

JAN 3 1 2001

Fee ____
Process ____
X/Dktd ____
CtRmDep ____
Doc.No. ____

hereto is signed by Mr. McNamara and witnessed by the Notary Public.

**WHEREFORE**, Odlan Holdings, L.L.C. respectfully moves this Court to grant it permission to file the attached affidavit into the record of this matter.

Respectfully submitted,

**TAGGART, MORTON, OGDEN, STAUB ROUGELOT & O'BRIEN, LLC**


By: _/s/ Michael M. Hill_
Charlton B. Ogden III, Bar No.10169
James R. Morton, Bar No. 9755
Michael W. Hill, Bar No. 25415
2100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 599-8500

-and-

**THE ECKSTEIN LAW FIRM**

Michael L. Eckstein, Bar No.5268
David C. Raphael, Jr., Bar No. 22853
1515 Poydras Street, Suite 2195
New Orleans, Louisiana 70112
Telephone: (504) 527-0701

**Attorneys for:
ODLAN HOLDINGS, L.L.C.**

## **CERTIFICATE OF SERVICE**

Undersigned counsel does hereby certify that he has served a copy of the foregoing pleading on opposing counsel this 30th day of January, 2001, by faxing and/or placing same in the United States mail, postage prepaid and properly addressed.

_____
Michael W. Hill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ODLAN HOLDINGS, L.L.C.** | * | CIVIL ACTION NO. 00-0352 |
| **VERSUS** | * | SECTION "J" |
| **CITY OF NEW ORLEANS** | * | MAGISTRATE 4 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING THE FOREGOING MOTION,**

**IT IS HEREBY ORDERED** that Odlan Holdings, L.L.C. be granted leave to file the attached affidavit in substitution of the Exhibit "A" previously attached to its supplemental brief in opposition to the City's converted *Motion for Summary Judgment*.

New Orleans, Louisiana this 30th day of January, 2001.

_____

4