FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 14 PM 4:40

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BARBIER, J.
FEBRUARY 14, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ODLAN HOLDINGS, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 00-0352 |
| THE CITY OF NEW ORLEANS, ET AL | SECTION "J"(4) |

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the Garden District Association's **Motion to Dismiss** (Rec. Doc. 21), set for hearing on February 14, 2001, has been submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED**, and plaintiff's claims against defendant The Garden District Association are hereby **DISMISSED**.

A motion for reconsideration of this order based on the

DATE OF ENTRY FEB 15 2001

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc.No. _____

appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. <u>See</u> Fed. R. Civ. P. 16.

\* \* \* \* \* \* \*