FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 23 AM 11: 22

MAR 2 3 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ODLAN HOLDINGS, L.L.C.** | * | CIVIL ACTION NO. 00-352 |
| **VERSUS** | * | SECTION "J" |
| **CITY OF NEW ORLEANS** | * | MAGISTRATE 4 |

* * * * * * *

### MOTION FOR LEAVE OF COURT
### TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes defendant, The City of New Orleans ("the City"), and on suggesting to the court that mover requests permission to file the attached reply memorandum in these proceedings in response to plaintiff's memorandum alleging facts relative to a requirement to post notice of zoning changes and the City's failure to post such notice. Since such memorandum references and quotes outdated City ordinances which contain requirements contrary to the ordinances now in effect and makes allegations which the City refutes in it's attached memorandum, all of which will result in prejudice to the City of New Orleans in the defense of this case, mover respectfully requests the opportunity to reply.

DATE OF ENTRY
MAR 2 7 2001

Fee_____
Process___
X Dktd____
__CtRmDep__
Doc.No.____

**CERTIFICATE OF SERVICE**

I certify that the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail this 20th day of March, 2001.

_____
EDWARD R. WASHINGTON, III

Respectfully submitted,

_____
EDWARD R. WASHINGTON, III, 21135
FRANZ L. ZIBILICH, 14914
MAVIS S. EARLY, 1343, City Attorney
New Orleans City Attorney's Office
1300 Perdido Street - Rm 5E03
New Orleans, Louisiana 70112
Telephone: (504) 565-6200

G:\LWINHSE\ZONING\ODLAN\12B6\LEAVE.WPD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ODLAN HOLDINGS, L.L.C.** | * | **CIVIL ACTION NO. 00-352** |
| | * | |
| **VERSUS** | * | **SECTION "J"** |
| | * | |
| **CITY OF NEW ORLEANS** | * | **MAGISTRATE 4** |

* * * * * * *

## ORDER

**IT IS ORDERED** hereby that defendant, the City of New Orleans, is granted leave to file the Reply Memorandum to Supplemental Brief in Opposition to Converted Motion for Summary Judgment in these proceedings.

New Orleans, Louisiana, this _____ day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy the above and foregoing pleading has been sent to all counsel by depositing a copy of same in the U.S. Mail, postage prepaid this 22th day of March, 2001.

_____
EDWARD R. WASHINGTON, III