

```
                              FILED
                        U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                        2001 MAR 28  PM 3:54

                          LORETTA G. WHYTE
                               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ODLAN HOLDINGS, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 00-352 |
| CITY OF NEW ORLEANS, ET AL | SECTION "J" |

### JUDGMENT

Considering the court's Minute Entries dated February 14, 2001 and March 26, 2001, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, City of New Orleans and Garden District Association, and against plaintiff, Odlan Holdings, L.L.C., dismissing the plaintiff"suit with prejudice.

New Orleans, Louisiana, this _____ day of MARCH, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 2 9 2001